ROGERS JOSEPH O'DONNELL
Neil H. O'Donnell (State Bar No. 057928)
nodonnell@rjo.com
John G. Heller (State Bar No. 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (State Bar No. 259821)
lsujeeth@rjo.com
Eleanor M. Ross (admitted *pro hac vice*)
eross@rjo.com
311 California Street, 10th Fl.
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Plaintiff
CGI FEDERAL INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CGI FEDERAL INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AEROJET ROCKETDYNE, INC., an Ohio Corporation,<br><br>Defendants. | Case No.: 2:20-cv-01781-JAM-KJN<br><br>**ORDER GRANTING REQUEST TO FILE UNDER SEAL UNREDACTED EXHIBIT A TO FIRST AMENDED COMPLAINT**<br>_____<br><br>Honorable John A. Mendez |

Plaintiff CGI Federal Inc.'s Request for an Order to File Under Seal Unredacted Exhibit A to the First Amended Complaint pursuant to Local Rule 141 is GRANTED.

IT IS HEREBY ORDERED that Plaintiff shall file under seal the unredacted Exhibit A to the First Amended Complaint.  The unredacted Exhibit A to the First Amended Complaint shall remain sealed for the duration of this litigation as this document is proprietary and confidential and its disclosure may cause the parties competitive harm.

The documents may be disclosed to the Court and its personnel.

IT IS SO ORDERED.

DATED: November 18, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE