ROGERS JOSEPH O'DONNELL
Neil H. O'Donnell (State Bar No. 057928)
nodonnell@rjo.com
John G. Heller (State Bar No. 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (State Bar No. 259821)
lsujeeth@rjo.com
Eleanor M. Ross (admitted *pro hac vice*)
eross@rjo.com
311 California Street, 10th Fl.
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Plaintiff
CGI FEDERAL INC.

HUNTON ANDREWS KURTH LLP
Ann Marie Mortimer (SBN 169077)
Kirk A. Hornbeck (SBN 241708)
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone: (213)532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
AEROJET ROCKETDYNE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CGI FEDERAL INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AEROJET ROCKETDYNE, INC., an Ohio Corporation,<br><br>                    Defendants. | Case No.: 2:20-cv-01781-JAM-KJN<br><br>**STIPULATION TO CONTINUE DEADLINES FOR DEFENDANT TO AMEND ITS AFFIRMATIVE DEFENSES AND FOR PLAINTIFF TO FILE A MOTION TO STRIKE AFFIRMATIVE DEFENSES; ORDER**<br>_____<br><br>Honorable John A. Mendez |

523944.2

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff CGI Federal, Inc. ("CGI") and Defendant Aerojet Rocketdyne, Inc. ("Aerojet"), by and through their counsel, hereby stipulate to extend the deadlines for amendment of the third, fourth, fifth, seventh, eighth, ninth and tenth affirmative defenses set forth in Aerojet's Answer to First Amended Complaint (ECF 26) and any motion to strike those affirmative defenses as follows:

WHEREAS, the parties have met and conferred regarding the third, fourth, fifth, seventh, eighth, ninth and tenth affirmative defenses asserted by Aerojet in its Answer to First Amended Complaint, and specifically CGI's contention that these affirmative defenses lack requisite factual specificity under applicable law;

WHEREAS, Aerojet desires additional time to evaluate and potentially amend these affirmative defenses;

WHEREAS, the parties wish to avoid needless motion practice and therefore stipulate to an extension of time for Aerojet to amend its third, fourth, fifth, seventh, eighth, ninth and tenth affirmative defenses and for CGI to file any motion to strike Aerojet's affirmative defenses;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their counsel that the deadline for Aerojet to amend such affirmative defenses shall be continued to January 11, 2021, and the deadline for CGI to file a motion to strike Aerojet's affirmative defenses shall be January 18, 2021. This extension does not exceed the 28 days allowed under Eastern District of California Local Rule 144(a), and is the first stipulation between the parties related to CGI's first amended complaint and Aerojet's Answer to First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: December 29, 2020                    ROGERS JOSEPH O'DONNELL

/s/ John G. Heller

By: _____

JOHN G. HELLER
Attorneys for Plaintiff
CGI FEDERAL INC.

Page 2

1   Dated:  December 29, 2020         HUNTON ANDREWS KURTH LLP

2

/s/ Kirk A. Hornbeck

3                                By: _____

4                                  KIRK A. HORNBECK
                                     Attorneys for Defendant

5                                  AEROJET ROCKETDYNE, INC.

6

7

8                    **ATTORNEY'S E-FILING ATTESTATION**

9       As the attorney e-filing this document, I hereby attest that each of the other signatories

10  whose electronic signature appears above has concurred in this filing.

11  Dated:  December 30, 2020         ROGERS JOSEPH O'DONNELL

12                               /s/ John G. Heller
                              By: _____

13                                  JOHN G. HELLER
                                  Attorneys for Plaintiff

14                                  CGI FEDERAL INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

523944.2

1
2
3

        Pursuant to the parties' stipulation, the deadline for Aerojet to file any amended answer to complaint is January 11, 2021 and the deadline for CGI to file any motion to strike affirmative defenses is January 18, 2021.

4

        IT IS SO ORDERED.

5
6
7

DATED:  December 30, 2020        /s/ John A. Mendez

8

                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

523944.2