Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant/Counterclaimant
AEROJET ROCKETDYNE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CGI FEDERAL INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET ROCKETDYNE, INC., an Ohio Corporation,<br><br>Defendant<br><br>AEROJET ROCKETDYNE, INC., an Ohio Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CGI FEDERAL INC., a Delaware Corporation<br><br>Counterclaim-Defendant. | Case No.: 2:20-CV-01781-JAM-KJN<br><br>**ORDER GRANTING DEFENDANT AEROJET ROCKETDYNE, INC.'S REQUEST TO SEAL DOCUMENTS**<br><br><br><br>Complaint Filed: September 3, 2020<br>FAC Filed: November 18, 2020 |

The Request to Seal Documents made by Defendant-Counterclaimant Aerojet Rocketdyne, Inc. ("AR") is hereby GRANTED.

**IT IS HEREBY ORDERED** that the unredacted copies of Exhibits, A, B, and C (the "Sealed Exhibits") to AR's First Amended Answer to the First Amended Complaint and Counterclaims Against CGI Federal Inc. shall be filed under seal. The Sealed Exhibits shall remain sealed for the duration of this litigation because these documents are proprietary and confidential and their disclosure may cause the parties competitive harm. The documents may be disclosed to the Court and its personnel.

**IT IS SO ORDERED**.

Dated: January 12, 2021         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE