

# United States District Court
# Eastern District of California

| | |
|---|---|
| CGI Federal, Inc. | |
| Plaintiff(s) | Case Number: 2:20-cv-01781-JAM-KJN |
| V. | |
| Aerojet Rocketdyne, Inc. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert Dennis Fairbanks, Jr. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Aerojet Rocketdyne, Inc.

On 9/16/2016 (date), I was admitted to practice and presently in good standing in the Virginia Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 2/1/2022   Signature of Applicant: /s/ N. Dennis Fairbanks



**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Robert Dennis Fairbanks, Jr. |
| Law Firm Name: | Hunton Andrews Kurth LLP |
| Address: | 951 E. Byrd Street |
| | Riverfront Plaza - East Tower, Ste. 200 |
| City: | Richmond    State: VA    Zip: 23219 |
| Phone Number w/Area Code: | (804) 788 8349 |
| City and State of Residence: | Richmond, Virginia |
| Primary E-mail Address: | dfairbanks@HuntonAK.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ann Marie Mortimer |
| Law Firm Name: | Hunton Andrews Kurth LLP |
| Address: | 550 South Hope Street, Suite 2000 |
| City: | Los Angeles    State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 532 2000    Bar # 169077 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 1, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

