Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant/Counterclaimant
AEROJET ROCKETDYNE, INC.

[*Additional Counsel on next page*]

Neil H. O'Donnell (State Bar No. 057928)
nodonnell@rjo.com
Lauren Kramer Sujeeth (State Bar No. 259821)
lsujeeth@rjo.com
Amy L. Bomse (State Bar No. 218669)
abomse@rjo.com
Eleanor M. Ross (pro hac vice)
eross@rjo.com
**ROGERS JOSEPH O'DONNELL**
311 California Street, 10th Fl.
San Francisco, California 94104
Telephone: 415 • 956 • 2828
Facsimile: 415 • 956 • 6457

Attorneys for Plaintiff/Counterclaim-Defendant
CGI FEDERAL INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CGI FEDERAL INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET ROCKETDYNE, INC., an Ohio Corporation,<br><br>Defendant<br><br>AEROJET ROCKETDYNE, INC., an Ohio Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CGI FEDERAL INC., a Delaware Corporation<br><br>Counterclaim-Defendant. | Case No.:  2:20-CV-01781-JAM-KJN<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL DEADLINES**<br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:  September 3, 2020<br>FAC Filed:  November 18, 2020 |

1  Robert Dennis Fairbanks, Jr. (*Admitted Pro Hac Vice*)
2  dfairbanks@HuntonAK.com
   **HUNTON ANDREWS KURTH LLP**
3  Rivertfront Plaza – East Tower, Ste. 200
   951 E. Byrd Street
4  Richmond, Virginia 23219-4074
   Telephone: 804 • 788 • 8200
5  Facsimile: 804 • 788 • 8218

6  Attorneys for Defendant/Counterclaimant
7  AEROJET ROCKETDYNE, INC.

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

Plaintiff and Counterclaim-Defendant CGI Federal, Inc. ("CGI"), on the one hand, and Defendant and Counterclaimant Aerojet Rocketdyne, Inc. ("AR"), on the other hand, by and through their respective counsel of record, hereby enter into the following stipulation and mutually request the Court enter an order, pursuant to Federal Rule of Civil Procedure 16(b)(4), in accordance herewith:

1. CGI commenced the instant action on September 3, 2020, and filed the operative First Amended Complaint ("FAC") on November 18, 2020. AR answered the FAC and asserted counterclaims against CGI on December 8, 2020, then filed its First Amended Answer to the FAC and counterclaims on January 11, 2021. CGI answered AR's counterclaims on December 24, 2020, and filed its First Amended Answer on January 25, 2021.

2. On February 17, 2021, the Court issued its initial Pretrial Scheduling Order. On October 20, 2021 and April 15, 2022, respectively, the Court issued orders pursuant to the parties' stipulation amending the original pre-trial deadlines (Dkt. #46, 50). Among other things, the Court's April 15, 2022 Order: (a) set the expert witness disclosure deadline for October 10, 2022; (b) set the deadline for the completion of all discovery for December 9, 2022; and (c) set the trial for June 26, 2023.

3. Both before and after issuance of the Court's Pretrial Scheduling Orders, the parties have continued to discharge their respective discovery obligations in a diligent manner. To date, as part of discharging their respective discovery obligations, the parties have: (a) propounded and responded to eight sets of written discovery; (b) engaged in third party discovery; and (c) produced more than 8 million pages of documents. While a number of discovery disputes remain between them, the parties have engaged in meaningful meet and confer efforts in an attempt to resolve those disputes without the need for Court intervention.

4. In July 20, 2021, the parties mediated the case before the Honorable Elizabeth D. Laporte (Ret.), a well-respected neutral, but they did not reach a settlement. More recently, on June 29, 2022, after major discovery had occurred, the parties resolved a significant portion of the case by entering into a confidential settlement agreement that addresses a significant category of the issues in dispute between the parties. Since that agreement, the parties have been working diligently on

determining whether a settlement of all remaining issues is possible. To that end, the parties' respective lead trial counsel have been engaging in regular exchanges of information and positions for the last two months. The parties are hopeful that a global settlement of all remaining issues is possible.

5.     Given the parties' continued good faith efforts to conserve judicial resources by attempting to resolve the case, and the parties' continued diligence in discharging their respective discovery obligations, good cause exists to modify the current Pretrial Scheduling Order to prevent the parties from being unfairly prejudiced absent a continuance of the existing deadlines in this case. The parties believe their diligence and substantial progress since the issuance of the April 15, 2022 Pretrial Scheduling Order justifies the continuance sought herein.

**NOW, THEREFORE**, based on the foregoing, and subject to the Court's approval, the parties stipulate and agree that all existing deadlines should be continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Witness Disclosures | 10/10/22 | 8/4/23 |
| Rebuttal / Supplemental Expert Disclosures | 11/7/22 | 9/1/23 |
| Joint Mid-Litigation Statement Filing Deadline | 11/25/22 | 9/15/23 |
| Discovery Completion Deadline[1] | 12/9/22 | 9/29/23 |
| Deadline to meet and confer on whether there will be cross-motions for summary judgment | 12/23/22 | 10/13/23 |
| Deadline to file dispositive motions | 1/20/23 | 11/10/23 |
| Hearing on dispositive motions | 3/28/23, 1:30 pm | 1/9/24 at 1:30 pm |
| Final Pretrial Conference | 4/28/23, 11:00 am | 2/23/24 at 10:00 am |

---

[1] In this context, "completion" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

| Jury/Bench Trial (7-10 days) | 6/26/23, 9:00 am | 4/8/24 at 9:00 am |

Dated:  October 13, 2022              **ROGERS JOSEPH O'DONNELL**
                                      Neil H. O'Donnell
                                      Lauren Kramer Sujeeth
                                      Amy L. Bomse


                                      By:        */s/  Neil H. O'Donnell*
                                                     Neil H. O'Donnell
                                            (as authorized on October 13, 2022)
                                         Attorneys for Plaintiff/Counterclaim-Defendant
                                                    CGI FEDERAL INC.


Dated:  October 13, 2022              **HUNTON ANDREWS KURTH LLP**
                                      Ann Marie Mortimer
                                      Kirk A. Hornbeck
                                      Brandon Marvisi
                                      Robert Dennis Fairbanks, Jr. (admitted *pro hac vice*)


                                      By:        */s/  Ann Marie Mortimer*
                                                     Ann Marie Mortimer
                                           Attorneys for Defendant/Counterclaimant
                                                 AEROJET ROCKETDYNE, INC.

## ORDER

      Having reviewed the parties' stipulation, and good cause being shown therefor, the Court hereby ORDERS that the dates set forth in the Court's Pretrial Scheduling Order shall be continued as set forth in the foregoing stipulation.

**IT IS SO ORDERED.**

Dated:  October 13, 2022　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE