**ROGERS JOSEPH O'DONNELL**
Neil H. O'Donnell (SBN 57928)
nodonnell@rjo.com
Amy L. Bomse (SBN 218669)
abomse@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street, 10th Fl.
San Francisco, California 94104
Telephone: 415.956.2828

Attorneys for Plaintiff/Counterclaim Def.
CGI FEDERAL INC.

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (SBN 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (SBN 241708)
khornbeck@HuntonAK.com
Brandon Marvisi (SBN 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213.532.2000

Robert Dennis Fairbanks, Jr. (Admitted *Pro Hac Vice*)
dfairbanks@HuntonAK.com
Riverfront Plaza – East Tower, Ste. 200
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: 804.788.8200

Attorneys for Defendant/Counterclaimant
AEROJET ROCKETDYNE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CGI FEDERAL, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>AEROJET ROCKETDYNE, INC.,<br><br>  Defendant.<br><br>AND RELATED CROSS-CLAIM | Case No. 2:20-cv-01781-JAM-KJN<br><br>**STIPULATION AND ORDER TO FURTHER MODIFY PRETRIAL DEADLINES** |

Plaintiff and Counterclaim-Defendant CGI Federal, Inc. ("CGI"), on the one hand, and Defendant and Counterclaimant Aerojet Rocketdyne, Inc. ("AR"), on the other hand, by and through their respective counsel of record, hereby enter into the following stipulation and mutually request the Court enter an order, pursuant to Federal Rule of Civil Procedure 16(b)(4), in accordance herewith:

1. CGI commenced the instant action on September 3, 2020, and filed the operative First Amended Complaint ("FAC") on November 18, 2020. AR answered the FAC and asserted counterclaims against CGI on December 8, 2020, then filed its First Amended Answer to the FAC and counterclaims on January 11, 2021. CGI answered AR's counterclaims on December 24, 2020, and filed its First Amended Answer on January 25, 2021.

2. On February 17, 2021, the Court issued its initial Pretrial Scheduling Order.  On October 20, 2021, pursuant to the parties' stipulation, the Court issued an order on the parties' Amended Stipulation To Amend Pretrial Scheduling Order (Dkt. #46).  The parties requested and received further modifications to the pretrial schedule on April 15, 2022 (ECF 50) and on October 14, 2022 (ECF 52).  Currently, the expert witness disclosure deadline is August 4, 2023, the deadline for completion of all discovery is September 29, 2023 and trial is scheduled to start on April 8, 2024 (Stipulation and Order to Modify Pretrial Deadlines, Dkt. #52.)

3. As previously described, the parties have diligently discharged their respective discovery obligations, both before and after issuance of the Amended Pretrial Scheduling Order issued on October 14, 2022.  The parties have worked through discovery disputes on their own and without court intervention.

4. The parties have engaged in settlement discussions, but such party-to-party negotiations have stalled.  However, the parties remain committed to meaningful discussions and are in the process of engaging a mediator to assist in these efforts.  The parties expect that mediation will occur and conclude in Fall 2023.

5. Current deadlines are fast approaching.  Given the parties' diligence and continued good faith efforts to conserve judicial resources by attempting to resolve the case, good cause exists to modify the current Amended Pretrial Scheduling Order (Dkt. #52) to prevent the parties from being unfairly prejudiced and from expending unnecessary resources absent a continuance of the existing deadlines in this case.  The parties believe their considerable progress since the issuance of the October 14, 2022 Amended Pretrial

Scheduling Order justifies the continuance of discovery deadlines sought herein.

NOW, THEREFORE, based on the foregoing, and subject to the Court's approval, the parties stipulate and agree that all existing discovery deadlines should be continued as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Witness Disclosures | 8/4/2023 | 03/01/2024 |
| Rebuttal / Supplemental Expert Disclosures | 9/1/2023 | 03/15/2024 |
| Joint Mid-Litigation Statement Filing Deadline | 9/15/2023 | 04/12/2024 |
| Discovery Completion Deadline[1] | 9/29/2023 | 04/26/2024 |
| Deadline to meet and confer on whether there will be cross-motions for summary judgment | 10/10/2023 | 05/21/2024 |
| Deadline to file dispositive motions | 11/10/2023 | 06/21/2024 |
| Hearing on dispositive motions | 1/9/2024 | 08/20/24 1:30 p.m. |
| Final Pretrial Conference | 2/23/2024 | 10/18/2024 10:00 a.m. |
| Jury Trial (7-10 days) | 4/8/2024 | 12/02/2024 9:00 a.m. |

Dated:  July 6, 2023                ROGERS JOSEPH O'DONNELL

By: _____/s/ Lauren Kramer Sujeeth_____
LAUREN KRAMER SUJEETH
Attorneys for Plaintiff/Counterclaim Def.
CGI FEDERAL INC.

Dated:  July 6, 2023                HUNTON ANDREWS KURTH LLP

By: _____/s/ Kirk A. Hornbeck_____
KIRK A. HORNBECK
(as authorized on July 6, 2023)
Attorneys for Defendant/Counterclaimant
AEROJET ROCKETDYNE INC.

---

[1] In this context, "completion" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

# ATTESTATION

I, Lauren Kramer Sujeeth, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 131(e), I attest that concurrence in the filing of the document has been obtained from the other signatory.

Dated:  July 6, 2023                                  */s/ Lauren Kramer Sujeeth*
                                                      LAUREN KRAMER SUJEETH

# ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Witness Disclosures | 8/4/2023 | **03/01/2024** |
| Rebuttal / Supplemental Expert Disclosures | 9/1/2023 | **03/15/2024** |
| Joint Mid-Litigation Statement Filing Deadline | 9/15/2023 | **04/12/2024** |
| Discovery Completion Deadline | 9/29/2023 | **04/26/2024** |
| Deadline to meet and confer on whether there will be cross-motions for summary judgment | 10/10/2023 | **05/21/2024** |
| Deadline to file dispositive motions | 11/10/2023 | **06/21/2024** |
| Hearing on dispositive motions | 1/9/2024 | **08/20/2024, at 1:30 p.m.**[2] |
| Final Pretrial Conference | 2/23/2024 | **10/18/2024, at 10:00 a.m.** |
| Jury Trial (7-10 days) | 4/8/2024 | **12/02/2024, at 9:00 a.m.** |

Counsel **SHALL** contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

**IT IS SO ORDERED**.

Dated: July 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.