UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CGI FEDERAL INC, a Delaware Corporation,<br><br>                       Plaintiff,<br><br>vs.<br><br>AEROJET ROCKETDYNE, INC., and Ohio Corporation,<br><br>                       Defendant. | Case No.: 2:20-cv-01781-JAM-KJN<br><br>**STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the above-captioned parties that, pursuant to Federal Rule of Civil Procedure 41(a), any and all claims asserted by Plaintiff CGI Federal Inc. and counterclaims asserted by Defendant Aerojet Rocketdyne, Inc., in the above-captioned action are hereby dismissed with prejudice, without costs to any party or against any other party.

Dated:  August 29, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Neil H. O'Donnell<br>Neil H. O'Donnell<br>Lauren Kramer Sujeeth<br>RODGERS JOSEPH O'DONNELL<br>311 California Street<br>San Francisco, California 94104<br>(212) 969-3000<br>nodonnell@rjo.com<br>lsujeeth@rjo.com<br>*Attorneys for Plaintiff* | /s/ Ann Marie Mortimer<br>Ann Marie Mortimer<br>Kirk A. Hornbeck<br>Brandon Marvisi<br>HUNTON ANDREWS KURTH LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br>bmarvisi@HuntonAK.com<br>*Attorney for Defendant* |

**ORDER**

**SO ORDERED**.

Dated: August 30, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE